**Order filed August 26, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00139-CV

_____

## IN THE MATTER OF THE MARRIAGE OF JOSEPH EMANUEL MURGOLA AND KIMBERLY ANN BLYTHE

**On Appeal from the 507th District Court
Harris County, Texas
Trial Court Cause No. 2019-12994**

## ORDER

The reporter's record in this case was due **April 12, 2021**. *See* Tex. R. App. P. 35.1. On July 23, 2021, this court granted the official court reporter's fourth request for extension of time to file the record until August 17, 2021, informing the reporter, Jenine Redden, that no further extensions would be granted absent exceptional circumstances. On August 18, 2021, Jenine Redden filed a fifth request for extension of time to file her portion of the record.

We order **Jenine Redden**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. **No further extension will be**

**entertained absent exceptional circumstances**.  The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If **Jenine Redden** does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM


Panel Consists of Chief Justice Christopher and Justices Hassan and Poissant.